UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL HARPER,<br><br>    Petitioner,<br><br>v.<br><br>TERRY MCCANN, CLARENCE FAUST, DANNY A. BRITTON, KENNETH L. HAMILTON, VALISSA DAVIS, ANITA C. ETHERIDGE, EDWANA BOWERS, MARK SHUMAKE, BRYAN ELLIS, CHARLES L. HINSLEY, TERRI ANDERSON, and ERNESTO VELASCO,<br><br>    Respondents. | Case No. 06-cv-724-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael Harper's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of respondent Terry McCann and against petitioner Michael Harper, and that this case is dismissed with prejudice;

    IT IS FURTHER ORDERED AND ADJUDGED that all claims pursuant to 28 U.S.C. § 2254 in this case against respondents Clarence Faust, Danny A. Britton, Kenneth L. Hamilton, Valissa Davis, Anita C. Etheridge, Edwana Bowers, Mark Shumake, Bryan Ellis, Charles L. Hinsley, Terri Anderson, and Ernesto Velasco are dismissed with prejudice.

**DATED:  September 22, 2009**           JUSTINE FLANAGAN, Acting Clerk

                                                                By:s/Deborah Agans, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**